# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00380-CR
## NO. 03-04-00381-CR

**Charlotte Childs, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT
NOS. B-02-0705-S & B-02-1037-S, HONORABLE BEN WOODWARD, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant's motions to dismiss these appeals are granted. *See* Tex. R. App. P. 42.2(a). Appellant's motions for extension of time to file briefs are dismissed. The appeals are dismissed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed: October 21, 2004

Do Not Publish